# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

### MINUTES OF JURY TRIAL

**CASE NO.** 12-cv-86-DRH          **DAY:** 2          **DATE:** October 29, 2013

**PRESIDING:   HON. DAVID R. HERNDON, CHIEF JUDGE**

| | | |
|---|---|---|
| **DWAYNE BOVA and KELLY BOVA,** | ) | **REPORTER:** Laura Blatz |
| | ) | |
|     **Plaintiffs,** | ) | **COURTROOM DEPUTY:** Sara Jennings |
| | ) | |
| | ) | **TIME:**   9:00 AM – 5:00 PM |
| **vs.** | ) | |
| | ) | **RECESS:**  10:25 AM – 10:45 AM |
| **PAUL JOSEPH HARRISON and** | ) |              2:45 PM – 3:00 PM |
| **SHOW ME HOME DELIVERY,** | ) | |
| | ) | |
|     **Defendants.** | ) | |

**APPEARANCES:**
**Counsel for Plaintiff:** Eric W. Kirkpatrick
**Counsel for Defendant:** Bradley Richard Hansmann

**Opening statement by** Eric W. Kirkpatrick **on behalf of** Plaintiff
**Opening statement by** Bradley Richard Hansmann **on behalf of** Defendants

**PLAINTIFF'S WITNESSES:**
  **1.** Orville Dumstorff                              **time** 9:51 AM – 10:00 AM
  **2.** Dr. George Paletta   (transcript read)
  **3.** Dr. David King   (transcript read)
  **4.** Dwayne Bova                                  **time** 12:51 PM – 2:42 PM

Plaintiff rests but evidence remains open to admit exhibits.

**DEFENDANT'S WITNESSES:**
  **1.** Paul Joseph Harrison                     **time** 3:03 PM – 3:19 PM
  **2.** Dr. Craig Beyer   (video deposition played)

Conference for jury instructions held over lunch recess outside the presence of the jury.

Trial is in recess and will resume on **Wednesday, October 30, 2013** at **9:30 AM**.