## VERDICT FORM A

We, the jury, find for Dwayne Bova and against Paul Harrison and Show Me Home Delivery. We assess the damages in the sum of $ 71,668.00, itemized as follows:

| | |
|---|---|
| Pain and Suffering endured | $ 20,000 |
| Future pain and suffering | $ 10,000 |
| Medical expenses incurred | $ 41,668 |
| Medical expenses likely to be Incurred in the future | $ 0 |
| Loss of a normal life | $ 0 |