UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

DWAYNE BOVA and KELLY BOVA,

    Plaintiff,

v.

PAUL JOSEPH HARRISON and
SHOW ME HOME DELIVERY,

    Defendants.                                 No. 12-cv-86-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This matter is before the Court as a result of a jury verdict rendered on October 30, 2013.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the jury verdict returned on October 30, 2013, judgment is entered in favor of the plaintiff Dwayne Bova and against defendants Paul Joseph Harrison and Show Me Home Delivery. Damages assessed in favor of plaintiff in the sum of $71,668.00. Count III is withdrawn.

                                            NANCY J. ROSENSTENGEL,
                                            CLERK OF COURT

                                            BY:     /s/*Sara Jennings*
                                                           **Deputy Clerk**

Dated: October 30, 2013

Digitally signed by
David R. Herndon
Date: 2013.10.30
15:59:44 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT